ORDER.

This action was filed against the Government under the Federal Tort Claims Act by the mother of Oliver Smith, Jr., a six-year old boy who was run over and killed by a mail truck on a street in Memphis, Tennessee. The action is based upon the alleged negligence of the driver of the mail truck. 28 United States Code, §§ 1346(b), 2674.

The District Judge, hearing the case without a jury, held that the plaintiff had not met the burden of proving negligence on the part of the operator of the truck and dismissed the complaint. We have reviewed the evidence and are of the opinion that this finding of fact is not clearly erroneous and must be accepted on this appeal. Rule 52(a), Rules of Civil Procedure, 28 U.S.C.; Beit v. United States, 260 F.2d 386, C.A. 5th; Valente v. United States, 264 F.2d 800, C.A. 6th; Gillen v. United States, 281 F.2d 425, 427, C.A. 9th.

It is ordered that the judgment be affirmed.

Philip D. Beall, Forsyth Caro, Beall & Caro, Pensacola, Fla., for appellant.

Clinton Ashmore, U. S. Atty., C. W. Eggart, Jr., Asst. U. S. Atty., Tallahassee, Fla., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM.

This appeal is controlled by the principle, here fully sustained by the facts, that where there is probable cause for the arrest, the search incident thereto is, and was in this instance valid. Cf. Moore v. United States, 5 Cir., 1961, 296 F.2d 519; United States v. Potts, 6 Cir., 1961, 297 F.2d 68.

This being so, the judgment of conviction is

Affirmed.

**Willie Amos WIGGS, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 19473.**

United States Court of Appeals
Fifth Circuit.

June 29, 1962.

Rehearing Denied Aug. 2, 1962.

**Walter Eugene MORSE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 17089.**

United States Court of Appeals
Eighth Circuit.

June 29, 1962.

